UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 13-30418 |
| Dipeshkumar Patel, | ) | |
| | ) | Honorable Donald R. Cassling |
| | ) | (Kane County) |
| Debtor. | ) | Hearing Date: May 23, 2014 |
| | ) | Hearing Time: 10:30 A.M. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:            Elizabeth C. Berg, Trustee

Authorized to Provide
Professional Services to:     Estate

Date of Order Authorizing
Employment:                   July 30, 2013

Period for Which
Compensation is sought:       July 30, 2013 to Close of Case

Amount of Fees sought:        $1,300.00

Amount of Expense
Reimbursement sought:         $0.00

This is an:    Interim Application __        Final Application  X

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | | |

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein is: $0.00 .

Dated: April 25, 2014            Elizabeth C. Berg, Trustee of the Estate of
                                 Dipeshkumar Patel, Debtor


                                 By:  ___/s/ Elizabeth C. Berg, Trustee___
                                         Elizabeth C. Berg, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 13-30418 |
| Dipeshkumar Patel, | ) | Hon. Donald R. Cassling |
| | ) | (Kane County) |
| Debtor. | ) | Hearing Date: May 23, 2014 |
| | ) | Hearing Time: 10:30 a.m. |

### Application for Allowance and Payment of
### Final Compensation of Elizabeth C. Berg, as Trustee

Elizabeth C. Berg, not personally but solely as trustee ("Trustee") of the estate ("Estate") of Dipeshkumar Patel, debtor ("Debtor"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $1,300.00 as final compensation for her services rendered as trustee in this case from July 30, 2013 through the close of this case. In support thereof, Trustee states as follows:

#### Introduction

1.  This case was commenced on July 30, 2013 by the filing of a voluntary petition for relief under chapter 7 of the Code.

2.  Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3.  The main asset of the estate was an interest in the non-exempt portion of debtor's 2007 Lexus IS250 ("Property").

4.  The bar date for filing claims in this case was November 29, 2013.

#### Prior Compensation

5.  This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

6. Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case except as set forth above.

### Services Rendered by Trustee

7. Since her appointment, Trustee has performed actual, necessary and valuable services on behalf of the Estate. Itemized billing statements describing the services rendered by Trustee from July 30, 2013 through the close of the case are attached hereto as Exhibit A. The services rendered by Trustee since her appointment in this case include but are not limited to the following:

A. Trustee reviewed and analyzed the Debtor's schedules of assets and liabilities and Debtor's statement of financial affairs; Trustee also conducted a section 341 meeting of creditors at which Trustee examined the Debtor under oath;

B. Trustee analyzed the debtor's schedules, exemptions and an appraisal of the property; Trustee formulated and negotiated an offer to sell the non-exempt equity in the property back to the debtor; Trustee reached a settlement with the Debtor for a lump sum payment of $5,500.00;

C. Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

D. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

E. Trustee examined, analyzed and verified proofs of claim filed against the Estate and resolved all claim issues, either through negotiation or formal claim objection;

    F.    Trustee prepared the annual reports required by the United States Trustee and, as necessary, met or conferred with representatives of the Office of the U.S. Trustee regarding the administration and status of the case; and

    G.    Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

### Funds Collected and Disbursed by Trustee

8.    Trustee has collected the sum of $5,500.00 on behalf of the Estate. Trustee has made $ 53.76 in disbursements in this case as of the date hereof.

9.    A copy of the *Form I Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached as Exhibits A and B to the Trustee's Final Report which is filed simultaneously herewith.

### Compensation Requested

10.    During the period covered by this Application, Trustee has spent 8.30 hours rendering services on behalf of this Estate with a value of $1,771.50. Trustee estimates that she will spend an additional three (3) hours rendering services with a value of $675.00 to obtain approval of the final report, make a final distribution to creditors, and prepare and file her final account.

11.    The maximum compensation allowable to Trustee pursuant to section 726 of the Code, based upon the receipts and disbursements listed above, is $1,300.00 as follows:

| | |
|---|---|
| 25% of the first $5,000 | $1,250.00 |
| 10% of the next $ 500 | $    50.00 |
| Total allowable compensation | $1,300.00 |

12. Based upon the caliber of the services rendered by Trustee, the results achieved in this case, and the efficiency of administration, Trustee requests allowance and payment of final compensation for her services rendered as trustee from July 30, 2013 through the closing of the case in the amount of $1,300.00. This amount represents reasonable compensation for the services rendered by Trustee and is equal to the maximum compensation allowable as set forth in paragraph 11 above.

13. After payment of the Estate's administrative claims, Trustee anticipates that there will be sufficient funds available to make a partial distribution to general unsecured creditors.

14. An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Elizabeth C. Berg, as trustee, is attached hereto as Exhibit B.

15. Trustee requests that the compensation requested herein be paid from the Estate funds in her possession.

### Status of the Case

16. The Trustee has liquidated or abandoned all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

17. Trustee has completed and filed her Final Report simultaneously herewith. A final fee application for the Trustee's attorney is being filed concurrently herewith.

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of Dipeshkumar Patel, debtor, requests the entry of an order providing the following:

   A. Allowing to Trustee final compensation in the amount of $1,300.00 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from July 30, 2013 through the closing of this case; and

   B. Authorizing Trustee to pay the amounts allowed from the Estate funds held by Trustee as part of her final distribution in this case; and

   C. For such other and further relief as this Court deems appropriate.

Dated: March 20, 2014      Elizabeth C. Berg, as trustee of the estate
               of Dipeshkumar Patel, debtor


               By: /s/ Elizabeth C. Berg, as trustee
                 Elizabeth C. Berg

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street, Suite 200
Chicago, IL 60602
(312) 726-8150

5

**Trustee's Itemized Billing Statements**

**Exhibit A**

**Baldi Berg, Ltd.**
20 N. Clark Street
Suite 200
Chicago, IL 60602

Phone: (312) 726-8150
Fax:    (312) 470-6323

FEIN: 36-4352753

**Invoice submitted to:**

March 19, 2014
Invoice No:   02420

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street
Suite 200
Chicago, ILLINOIS 60602

**In Reference to:**   *Patel, D - Trustee Matters*

## Professional Services

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 8/27/2013 | ECB | Re: Patel -- Review schedules and exemptions regarding potential equity in automobiles (.1) Formulate offer to sell back same to Debtor and TC Debtor's counsel re same (.2) Draft Memo for file (.1) | 0.40 $325.00/hr | $130.00 |
| 10/04/2013 | ECB | Review terms of settlement with Debtor and memo to staff re opening bk account and prep of request for payment under settlement | 0.20 $325.00/hr | $65.00 |
| 10/11/2013 | ECB | TC to Aiken & Aiken to confirm sale approved and request payment | 0.10 $325.00/hr | $32.50 |
| 10/17/2013 | JMM | Request EIN from IRS (.1), Request New Bank Account from Congressional (.1), Open new bank account and deposit in TCMS (.1), Send Check to Congressional via FedEx (.1) | 0.40 $175.00/hr | $70.00 |
| 10/23/2013 | JMM | Review case file and docket to update current status for preparation of Trustee's Annual Reports (.2), Meet with Trustee re: case update and preparation of annual reports (.3), Compile paper and electronic reports and arrange for filing of same with Bankruptcy Court and United States Trustee (.4) | 0.90 $175.00/hr | $157.50 |

**Baldi Berg, Ltd**                                                                 3/19/2014

Patel, D - Trustee Matters                                                    Page    2

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 10/25/2013 | ECB | Review, revise and finalize case annual report (.5) File same with court (.1) and submit to UST office (.1) | 0.70<br>$325.00/hr | $227.50 |
| 12/07/2013 | ECB | Open, review and approve Nov 13 bank statement | 0.10<br>$325.00/hr | $32.50 |
| 12/10/2013 | JMM | Process November 2013 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/hr | $35.00 |
| 1/13/2014 | ECB | Review and approve Dec 13 bank statement | 0.10<br>$325.00/hr | $32.50 |
| 1/14/2014 | ECB | Confirm dollar amount of transfer of estate funds to Associated Bank | 0.10<br>$325.00/hr | $32.50 |
| 1/17/2014 | JMM | Process and Reconcile Congressional Bank Transfer Statement (.1), Process January 2014 Associated Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.30<br>$175.00/hr | $52.50 |
| 1/20/2014 | RKP | Review case file and information regarding estate tax obligation (.1); prepare memo to L. Berg and L. West re: same (.1) | 0.20<br>$195.00/hr | $39.00 |
| 2/06/2014 | ECB | Run Bond report, prep premium payment; Prep transmittal to International Securities re same | 0.20<br>$325.00/hr | $65.00 |
| 2/10/2014 | ECB | Open and approve Jan 14 bank statement | 0.10<br>$325.00/hr | $32.50 |
| 2/10/2014 | JMM | Process January 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/hr | $35.00 |
| 2/25/2014 | JMM | Review Trustee's 1st Quarter Annual Report (.1), Edit Form 3 Notes (.1) | 0.20<br>$175.00/hr | $35.00 |

**Baldi Berg, Ltd**                                          3/19/2014

Patel, D - Trustee Matters                                   Page    3

---

| Date | Who | Description | Hours | Amount |
|---|---|---|---|---|
| 3/10/2014 | ECB | Open, review and approve Feb 14 bank statement | 0.10 $325.00/hr | $32.50 |
| 3/10/2014 | JMM | Process February 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $175.00/hr | $35.00 |
| 3/19/2014 | JMM | Review case file and information needed to prepare TFR and related documents (.4), Draft Trustee Fee Application (1.2), Prepare coversheet, proposed order and Affidavit (.3), Prepare TFR (1.1), and NFR (.3), Review and edit Trustee Final Report Package for submission to UST (.3) | 3.60 $175.00/hr | $630.00 |

|  |  |
|---|---|
| Total Fees | $1,771.50 |
| Total New Charges | $1,771.50 |
| Previous Balance | $0.00 |
| Balance Due | $1,771.50 |

**Timekeeper Summary**

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 2.10 | $325.00 |
| Jason M Manola | 6.00 | $175.00 |
| Ricki K Podorovsky | 0.20 | $195.00 |
|  | 8.30 |  |

**Trustee's Final Fee Application** **Dipeshkumar Patel, Debtor**
**Case No. 13-30418**

**Rule 2016 Affidavit**

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Dipeshkumar Patel, | ) | Case No. 13-030418 |
| | ) | |
| | ) | Honorable Donald R. Cassling |
| Debtors. | ) | (Kane County) |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois    )
County of Cook    )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1. I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2. I have read the First and Final Application for Allowance and Payment of Compensation of Elizabeth C. Berg, as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3. I have not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the partners and associates of Baldi Berg, Ltd. (formerly known as Baldi Berg & Wallace, Ltd.) a law firm at which I have been employed during the pendency of this case. I have not previously received payment of any compensation for services rendered in connection with this case.

4. Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and sworn to before me
on March 31, 2014

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit B**