**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PATEL, DIPESHKUMAR BIPINKUMAR | § | Case No. 13-30418 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 6,600.00 |
| Total Distributions to Claimants: 3,183.74 | Claims Discharged<br>Without Payment: 47,313.94 |
| Total Expenses of Administration: 2,316.26 | |

3) Total gross receipts of $ 5,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 5,500.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,316.26 | 2,316.26 | 2,316.26 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 50,497.68 | 13,314.86 | 13,314.86 | 3,183.74 |
| **TOTAL DISBURSEMENTS** | $ 50,497.68 | $ 15,631.12 | $ 15,631.12 | $ 5,500.00 |

4) This case was originally filed under chapter 7 on 07/30/2013 . The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/29/2014 By:/s/Elizabeth C. Berg

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Vehicle - 2007 Lexus IS250 | 1129-000 | 5,500.00 |
| **TOTAL GROSS RECEIPTS** | | $ 5,500.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | 2100-000 | NA | 1,300.00 | 1,300.00 | 1,300.00 |
| INTL SURETIES | 2300-000 | NA | 3.76 | 3.76 | 3.76 |
| Associated Bank | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| Associated Bank | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| Associated Bank | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| CONGRESSIONAL BANK | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| CONGRESSIONAL BANK | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| BALDI BERG | 3110-000 | NA | 962.50 | 962.50 | 962.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 2,316.26 | $ 2,316.26 | $ 2,316.26 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America<br>PO Box 982235<br>El Paso, TX 79998-2235 | | 10,658.00 | NA | NA | 0.00 |
| | Citibank CBNA<br>PO Box 6241<br>Sioux Falls, SD 57117 | | 9,903.58 | NA | NA | 0.00 |
| | Citibank NA<br>PO Box 769013<br>San Antonio, TX 78425 | | 3,106.96 | NA | NA | 0.00 |
| | Citicards CBNA<br>PO Box 6241<br>Sioux Falls, SD 57117 | | 10,066.99 | NA | NA | 0.00 |
| | Citicards CBNA<br>PO Box 6241<br>Sioux Falls, SD 57117 | | 3,447.29 | NA | NA | 0.00 |
| 000002 | CITIBANK, N.A. | 7100-000 | 2,294.28 | 2,294.28 | 2,294.28 | 548.59 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | DISCOVER BANK | 7100-000 | 11,020.58 | 11,020.58 | 11,020.58 | 2,635.15 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 50,497.68 | $ 13,314.86 | $ 13,314.86 | $ 3,183.74 |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

FORM 1 - D. PATEL
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

Case No: 13-30418 DRC Judge: DONALD R. CASSLING
Case Name: PATEL, DIPESHKUMAR BIPINKUMAR

For Period Ending: 09/29/14

Trustee Name: Elizabeth C. Berg
Date Filed (f) or Converted (c): 07/30/13 (f)
341(a) Meeting Date: 08/26/13
Claims Bar Date: 07/28/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash<br>In Debtor's Possession | 50.00 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts<br>Chase Checking - Acct. No: 7690 | 534.02 | 0.00 | | 0.00 | FA |
| 3. Household Goods<br>Used IPOD | 30.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods<br>Used clothing and apparel | 200.00 | 0.00 | | 0.00 | FA |
| 5. Furs and Jewelry<br>Used jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 6. Stocks & Interest in Businesses<br>20% owner of Ashton Stewart Capital, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 7. Vehicle - 2007 Lexus IS250<br>2007 Lexus IS250 with 106,000 miles | 11,000.00 | 5,500.00 | | 5,500.00 | FA |
| 8. Office Equipment<br>Used Computer | 350.00 | 0.00 | | 0.00 | FA |
| 9. Other Miscellaneous<br>Used Cell Phone | 100.00 | 0.00 | | 0.00 | FA |

**FORM 1 - D. PATEL**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Case No: 13-30418 DRC Judge: DONALD R. CASSLING
Case Name: PATEL, DIPESHKUMAR BIPINKUMAR

Trustee Name: Elizabeth C. Berg
Date Filed (f) or Converted (c): 07/30/13 (f)
341(a) Meeting Date: 08/26/13
Claims Bar Date: 07/28/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $12,314.02 | $5,500.00 | | $5,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee negotiated and sold estate's interest in vehicle back to the debtor. Trustee and debtor settled for a lump sum payment by the debtor for $5,500. Trustee has filed her final report, disbursed funds and is in the process of closing the case.

Initial Projected Date of Final Report (TFR): 06/30/14 Current Projected Date of Final Report (TFR): 06/30/14

/s/ Elizabeth C. Berg
__________________________________________ Date: 09/29/14
ELIZABETH C. BERG

FORM 2 - D. PATEL

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-30418 -DRC
Case Name: PATEL, DIPESHKUMAR BIPINKUMAR

Taxpayer ID No: *******9502
For Period Ending: 09/29/14

Trustee Name: Elizabeth C. Berg
Bank Name: Associated Bank
Account Number / CD #: *******6024 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 5,480.00 | | 5,480.00 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,470.00 |
| 02/06/14 | 005001 | International Sureties, Ltd.<br>Suite 420<br>701Poydras Street<br>New Orleans, LA 70139 | 2013 Bond Premium<br>Bond Number: #016026455 | 2300-000 | | 3.76 | 5,466.24 |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,456.24 |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,446.24 |
| 05/28/14 | 005002 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Trustee Compensation | 2100-000 | | 1,300.00 | 4,146.24 |
| 05/28/14 | 005003 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Attorney for TR Fees (TR Firm) | 3110-000 | | 962.50 | 3,183.74 |
| 05/28/14 | 005004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 23.91117% | 7100-000 | | 2,635.15 | 548.59 |
| | | | | | | | |

Page Subtotals 5,480.00 4,931.41

FORM 2 - D. PATEL

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-30418 -DRC
Case Name: PATEL, DIPESHKUMAR BIPINKUMAR

Taxpayer ID No: *******9502
For Period Ending: 09/29/14

Trustee Name: Elizabeth C. Berg
Bank Name: Associated Bank
Account Number / CD #: *******6024 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/28/14 | 005005 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Claim 000002, Payment 23.91121% | 7100-000 | | 548.59 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 5,480.00 | 5,480.00 | 0.00 |
| Less: Bank Transfers/CD's | 5,480.00 | 0.00 | |
| Subtotal | 0.00 | 5,480.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 5,480.00 | |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 548.59 |

Ver: 18.01

FORM 2 - D. PATEL

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 13-30418 -DRC
Case Name: PATEL, DIPESHKUMAR BIPINKUMAR

Taxpayer ID No: *******9502
For Period Ending: 09/29/14

Trustee Name: Elizabeth C. Berg
Bank Name: Congressional Bank
Account Number / CD #: *******0143 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/17/13 | 7 | CHASE - Cashier's Check<br>536 Randall Rd<br>South Elgin, IL 60177 | SETTLEMENT: VEHICLES | 1129-000 | 5,500.00 | | 5,500.00 |
| 11/05/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Oct 13 | 2600-000 | | 10.00 | 5,490.00 |
| 12/05/13 | | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 10.00 | 5,480.00 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 5,480.00 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 5,500.00 | 5,500.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 5,480.00 | |
| Subtotal | 5,500.00 | 20.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,500.00 | 20.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********6024 | 0.00 | 5,480.00 | 0.00 |
| Checking Account - ********0143 | 5,500.00 | 20.00 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 5,500.00 | 5,500.00 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 5,500.00 | 5,500.00 |

Ver: 18.01

FORM 2 - D. PATEL

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-30418 -DRC
Case Name: PATEL, DIPESHKUMAR BIPINKUMAR

Taxpayer ID No: *******9502
For Period Ending: 09/29/14

Trustee Name: Elizabeth C. Berg
Bank Name: Congressional Bank
Account Number / CD #: *******0143 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account - ********6024 | | | | |
| | | | Checking Account - ********0143 | | | | |
| | | | Page Subtotals | | 0.00 | 0.00 | |